UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN POWERS,<br><br>         Plaintiff,<br><br>    vs.<br><br>WASTE MANAGEMENT OF WASHINGTON, INC.,<br><br>         Defendant. | No. CV-13-373-LRS<br><br>ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE |

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice, ECF No. 7, now, therefore, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice and without costs or fees to either party.

The District Court Executive is directed to enter this order and CLOSE FILE.

Dated: this 19th day of November, 2013.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR U. S. DISTRICT COURT JUDGE

ORDER APPROVING
STIPULATION FOR DISMISSAL
WITH PREJUDICE - 1